IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY WESTERN BANK, a national banking organization under the laws of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>JENSEN FAMILY INVESTMENT COMPANY, LLC, a Delaware limited liability company; 2030 INVESTORS, LLC, an Oregon limited liability company; C. JAMES JENSEN, an individual and as guarantor; and ELLISON C. MORGAN, an individual and as guarantor,<br><br>Defendants. | CASE NO. CV-12-00617-BLW<br><br>ORDER ON JOINT STIPULATION TO EXTEND MOTION BRIEFING PERIOD |

Pursuant to a joint stipulation and request for an order to extend the motion briefing period:

IT IS ORDERED AS FOLLOWS:

The parties' stipulation (Dkt. No.18) is **APPROVED** and the deadline for the motion briefing period for Defendants' reply brief is extended by 14 days or until March 20, 2013.



DATED: February 27, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court